# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Mary Roslyn Mixon**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00180-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Brandon Apenbrinck<br>Erin Greene<br>Jennifer Page<br>Charter Communications**,**<br>Defendant(s). | )<br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2024 Order.

January 18, 2024

_____

Katherine Hord Simon, Clerk
United States District Court